UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SERGEY KISLYANKA, *et al.*,

    Plaintiffs,

    v.

CLEAR RECON CORP., *et al.*,

    Defendants.

NO. C19-0673RSL

ORDER DENYING MOTION FOR RECONSIDERATION

On October 2, 2019, the Court granted Wells Fargo's motion to dismiss. Dkt. # 15. Plaintiffs filed a timely motion for reconsideration in which they argue that the Court manifestly erred when it found that the original lender, World Savings Bank, changed its name to Wachovia Mortgage and when it gave undue weight to distinguishable authority. Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiffs have not met their burden. Their criticisms do not invalidate or otherwise call into question the Court's legal conclusions, namely that (1) Wells Fargo is entitled to enforce the Note because (a) the Note is bearer paper held by Wells Fargo and (b) Wells Fargo is the legal successor to the original lender and (2) securitization of a mortgage does not nullify the underlying debt obligation or the holder's right to enforce it.

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

Plaintiffs also argue that they should be given leave to amend their claims against Wells Fargo. As the Court previously stated, although the claims against Wells Fargo have been dismissed, this action continues as to Clear Recon Corp. In this context, leave to amend will not be blindly granted. If plaintiffs believe they can, consistent with their Rule 11 obligations, amend the complaint to remedy the pleading and legal deficiencies that doomed their claims against Wells Fargo, they may file a motion to amend and attach a proposed pleading for the Court's (and defendants') consideration as required by LCR 15.

For all of the foregoing reasons, plaintiffs' motion for reconsideration (Dkt. # 17) is DENIED.

Dated this 30th day of October, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 2