UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
SERGEY KISLYANKA, et al.,

              Plaintiff,

    v.

CLEAR RECON CORP., et al.,

              Defendants.
_____

Case No. C19-673RSL

ORDER TO SHOW CAUSE

On October 7, 2019, the Court issued an order requiring the parties to file a Joint Status Report by November 4, 2019. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, November 22, 2019, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of October 7, 2019. The Clerk is directed to place this Order to Show Cause on the Court's calendar for November 22, 2019.

DATED this 7th day of November, 2019.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE